KANAHELE *v.* F. M. WAKEFIELD and G. F. LITTLE.

APPEAL FROM DISTRICT COURT, SOUTH HILO, HAWAII.

SUBMITTED DECEMBER 22, 1897.    DECIDED JANUARY 6, 1898.

JUDD, C.J., FREAR AND WHITING, JJ.

Assumpsit does not lie in favor of a party against an attorney for costs under the Rule of Court which provides that "attorneys shall be liable for costs of court incurred by their respective clients."

OPINION OF THE COURT BY FREAR, J.

This is assumpsit for $64.90 costs adjudged in certain proceedings in the Circuit Court to be paid to the plaintiff herein by a party whose attorneys were the present defendants.    The action is based on subdivision C of Rule 24 of the Circuit Courts,

which reads: "Attorneys shall be liable for costs of court incurred by their respective clients." The question raised by this appeal on points of law from the District Court is whether a party in whose favor a judgment for costs has been entered in the Circuit Court may under this Rule sue in assumpsit the attorney of the opposite party for the costs, upon the failure of such opposite party to pay the costs himself. The present case was begun after execution had issued against the party in the Circuit Court case and had been returned unsatisfied. The District Magistrate found for the plaintiff herein.

In our opinion "costs of court," referred to in the Rule, cover only what are strictly costs of court. They do not include "fees" or "disbursements." In the present case most, if not all, the costs sued for were of the latter classes.

Further, even as to costs of court proper, in our opinion assumpsit does not lie in favor of a party against an attorney under the Rule in question. This Rule was made for the protection of the court, not for the protection of the parties.

The appeal is sustained, the judgment appealed from reversed and the case remanded to the District Magistrate to enter judgment for defendants.

*Hitchcock & Wise* for plaintiff.

Defendants in person.